**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000853
22-JUL-2020
09:17 AM**

NO. CAAP-19-0000853

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ESTELA MATA and SUPERIOR HOMES, LLC, a California Limited
Liability Company, Plaintiffs-Appellants, v.
FRANK SARABIA, 1031 EQUITY EXCHANGE, LLC, A Washington Limited
Liability Company, Defendant-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5SP191000010)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Chan and Wadsworth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed July 15, 2020, by Plaintiffs-Appellants Estela Mata and Superior Homes, LLC, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation to Dismiss Appeal is approved and the appeal is dismissed with

prejudice.  The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, July 22, 2020.

/s/ Katherine G. Leonard
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge